**MANDATE**

D. Conn.
07-cv-1097
Dorsey, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of January, two thousand thirteen.

Present:

    Susan L. Carney,
    Christopher F. Droney,
        *Circuit Judges*,
    Paul G. Gardephe,*
        *District Judge*.

---

Bennie Gray, Jr.,
        *Petitioner*,

v.                           12-4909

Commissioner of Correction,
        *Respondent*.

---

Petitioner, *pro se*, has filed two applications requesting an order authorizing the United States District Court for the District of Connecticut to consider a second or successive 28 U.S.C. § 2254 petition. Upon due consideration, it is hereby ORDERED that the applications are DENIED because Petitioner has not satisfied the criteria set forth in 28 U.S.C. § 2244(b). Petitioner does not rely on newly discovered evidence and *Lafler v. Cooper*, 132 S. Ct. 1376 (2012), has not been made retroactive to cases on collateral review by the Supreme Court, *see Tyler v. Cain*, 533 U.S. 656, 663 (2001) ("[A] new rule is not 'made retroactive to cases on collateral review' unless the Supreme Court holds it to be retroactive.").

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk



---

*Judge Paul G. Gardephe, of the United States District Court for the Southern District of New York, sitting by designation.

SAO-JM

**MANDATE ISSUED ON 02/11/2013**